```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE SIMMONS,

                Plaintiff,

-against-

THE CITY OF NEW YORK et al.,

                Defendants.

20-cv-3284 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court assumes familiarity with the facts and procedural history of this case. IT IS HEREBY ORDERED that Plaintiff's unopposed motion to remand this case from the United States District Court for the Southern District of New York to the New York State Supreme Court for New York County [ECF #5] is GRANTED. The Clerk of Court is respectfully directed to remand this case back to the New York State Supreme Court for New York County and close this case.

**SO ORDERED.**

**Date: July 31, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**